IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELPIDIO JUAREZ,

                Plaintiff,                JUDGMENT IN A CIVIL CASE

    v.                                    13-cv-573-bbc

LYNN M. WASHETAS,

                Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Lynn M. Washetas denying plaintiff leave to proceed and dismissing this

case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 2/4/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |